■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD ARCHIE, Appellant. [823 NYS2d 750]—Appeal from a judg-

ment of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered December 10, 2004. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Kehoe, J.P., Martoche, Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERREL L. APPLEBERRY, Appellant. [824 NYS2d 529]—Appeal from a judgment of the Livingston County Court (Gerard J. Alonzo, J.), rendered July 14, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.